**Helga SUAREZ, Plaintiff—Appellant,**

v.

**SWITZERLAND, Swiss Consulate in Los Angeles; et al., Defendants—Appellees.**

**No. 04–55455.**
**D.C. No. CV–04–00883–CBM.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 11, 2005.

Helga Suarez, Cusco, Peru, pro se.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM **

Helga Suarez appeals pro se the district court's order denying her application for leave to file this action without prepayment of the filing fee. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion, and we affirm. *Tripati v. First Nat'l Bank & Trust,* 821 F.2d 1368, 1369–70 (9th Cir.1987) ("A district court may deny leave to proceed in forma pauperis at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit.").

AFFIRMED.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

